

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-15-2010

# Hartford Accident & Indemnity v. Lawrence Fitzpatrick

Precedential or Non-Precedential: Precedential

Docket No. 08-3650

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Hartford Accident & Indemnity v. Lawrence Fitzpatrick" (2010). *2010 Decisions.* Paper 1067.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1067

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEAL FOR THE THIRD CIRCUIT
_____

No. 08-3650
_____

In re:  GLOBAL INDUSTRIAL TECHNOLOGIES, INC., et al.,
Debtors
------------------------------

HARTFORD ACCIDENT AND INDEMNITY COMPANY;
FIRST STATE INSURANCE COMPANY CO;
TWIN CITY FIRE INSURANCE COMPANY;
CENTURY INDEMNITY COMPANY, as successor to CIGNA Specialty Company,
formerly known as California Union Insurance Company;
WESTCHESTER FIRE INSURANCE COMPANY, for itself and for International
Insurance Company (now known as TIG Insurance Company)
(by operation of novation all rights and obligations under the policies
have been transferred from International Insurance Co. to Westchester Fire Insurance Co.);
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA;
LEXINGTON INSURANCE COMPANY; AMERICAN HOME ASSURANCE COMPANY,
and any other entities related to American International Group, Inc.
that engaged in business transactions with the Reorganizing Debtors,
Appellants

PRESENT:   MCKEE, Chief Judge, SCIRICA, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, VANASKIE, and NYGAARD[1], Circuit Judges.

**A M E N D E D   O R D E R***

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it

is ordered that the Clerk of this Court list the above case for rehearing *en banc* at the convenience

of the Court.

BY THE COURT,

/s/ Theodore A. McKee
DATED: June 15, 2010                    Chief Judge
crg/cc: All counsel of record

_____

[1] Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.